```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

```
DANNY LAYNE WRIGHT, JR.       )
                              )
        Plaintiff,            )
                              )
     v.                       )    Case No. 3:05-0233
                              )    Judge Echols
                              )
MONTGOMERY COUNTY,            )
SHERIFF NORMAN LEWIS,         )
DEPUTY WAGNER,                )
                              )
        Defendants.           )
```

## ORDER

This matter is before the Court on a Report and Recommendation ("R & R") (Docket Entry No. 37) in which the Magistrate Judge recommends granting the Defendants' Motion for Summary Judgment (Docket Entry No. 21) and dismissing Plaintiff's Complaint for alleged violations of his civil rights while he was housed at the Montgomery County Jail. The R & R was issued on January 19, 2006, and Plaintiff has filed no objections thereto even though he was informed in the R & R that any objections needed to be filed within ten (10) days (Docket Entry No. 37 at 15).

This Court has thoroughly reviewed the Complaint, Defendants' Motion for Summary Judgment, and Plaintiff's Response thereto. The Court finds that the Magistrate Judge properly analyzed Plaintiff's claims and employed the proper legal analysis to resolve those claims and determine that the Defendants are entitled to summary

1

judgment. Based upon the record, this Court finds that there is no genuine issue as to a material fact and that the Defendants are entitled to judgment as a matter of law.

Accordingly, the Court rules as follows:

(1) The Report and Recommendation (Docket Entry No. 37) is hereby ACCEPTED;

(2) Defendants' Motion for Summary Judgment (Docket Entry No. 21) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

*[signature]*

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE